# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2843

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| Billy Edward Welch, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: May 3, 1999
Filed: May 12, 1999

_____

Before BEAM, HANSEN, and FAGG, Circuit Judges.

_____

PER CURIAM.

Billy Edward Welch pleaded guilty for conspiring to distribute methamphetamine and for attempting to escape. On appeal, Welch contends the district court improperly rejected his request to withdraw his guilty plea. Having searched the record and considered the parties' submissions, we find no merit in Welch's contention that he had been subjected to threats and intimidation by Arkansas law enforcement officers. We decline to consider Welch's ineffective assistance of counsel arguments. See United States v. Iversen, 90 F.3d 1340, 1342 (8th Cir. 1996) (ineffective assistance claim raised for first time on appeal is properly addressed in 28 U.S.C. § 2255 motion). We thus affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.